IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ODIS L. TABOR )
 )
    Plaintiff, )
 )
    v. ) 1:08CV34
 )
FREIGHTLINER OF CLEVELAND, LLC )
 )
    Defendant. )

**JUDGMENT**

For the reasons set forth in the order filed contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED** and Plaintiff's claims are DISMISSED with prejudice.

This the 1st day of May 2009.

                                                  /s/ William L. Osteen, Jr.
                                                United States District Judge